# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TO: Mr. James N. Hatten, Clerk<br>United States District Court | DATE: October 4, 2019 |
| RE: 17-53265-SMS<br>Bankruptcy Case No. | Virginia Sue Lindstrom<br>Debtor(s) |
| AND/OR | Pingora Loan Servicing, LLC,<br>LoanDepot.Com,LLC<br>Defendant/Appellant |
| 18-5174.<br>Adversary Proceeding No. | vs<br>Cathy L. Scarver, Trustee<br>Plaintiff/Appellee |

## S U B M I S S I O N   S H E E T

Submitted on:

☒ Notice of Appeal filed 09/04/2019- Doc. No. 26
File date of Order and Judgment being appealed from 08/22/2019 - Doc. No. 22, 23

☒ Supplemental Record to USDC Case No. 19-cv-3979-mlb
☐ Other: Click here to enter text.

**Contents of Record:**
☐ Initial Documents
☒ Designated items of   ☒ Appellant(s)   ☐ Appellee

Documents: 1,4,5,6,7,8,9,11,12,13,14,15,16,17,20,21,34,35,36,37, docket report

Filing Fee Paid -  ☒ Yes   ☐ No

FROM:  M. Regina Thomas, Clerk of Court
United States Bankruptcy Court

By: _/s/_____
Yahaira Lugo, Deputy Clerk

F08 (submusdc.roa) (Rev. 10-2009) – *mgs10.20.14*